UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL ANGEL,
      Plaintiff,
  v.

MICHAEL CHERTOFF, in his official capacity, EMILIO T. GONZALEZ, in his official capacity, and CHESTER MOYER, in his official capacity,

      Defendants.

Case No. 07-cv-168 -JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for Plaintiff, Daniel Angel, and against Defendants, Michael Chertoff, Emilio T. Gonzalez, and Chester Moyer, in their official capacities, and that Plaintiff Daniel Angel shall be naturalized as a United States citizen on or before December 3, 2007.

DATED: November 8, 2007                  NORBERT JAWORSKI

                                                           s/Vicki Lynn McGuire
                                                                   **Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**