UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL ANGEL,<br>      Plaintiff,<br>v.<br><br>MICHAEL CHERTOFF, in his official capacity, EMILIO T. GONZALEZ, in his official capacity, MICHAEL JAROMIN in his official capacity, and CHESTER MOYER, in his official capacity,<br><br>      Defendants. | Case No. 07-cv-168 -JPG |

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for Plaintiff, Daniel Angel, and against Defendants, Michael Chertoff, Emilio T. Gonzalez, Michael Jaromin, and Chester Moyer, in their official capacities, and that Plaintiff Daniel Angel shall be naturalized as a United States citizen on or before December 3, 2007.

DATED: November 13, 2007                          NORBERT JAWORSKI

                                                                                         **s/Vicki McGuire**
                                                                                         **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**